**POST, POLAK, GOODSELL & STRAUCHLER, P.A.**
Frederick B. Polak (028911980)
Michael J. Martelo (079282013)
425 Eagle Rock Avenue, Suite 200
Roseland, New Jersey 07068-1717
T. (973) 228-9900
F. (973) 994-1705
Attorneys for Plaintiff, Heather J. Duncan
PPGS File No. 5293.00001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER J. DUNCAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAULAUR CORPORATION, MITCHELL STEFANIAK, CLIFFORD RODKEY, ANDREW TOSCANO, PAULETTE TOSCANO, JOHN DOE CORPORATIONS 1-10, and JOHN DOE INDIVIDUALS 1-10,<br><br>　　　　　Defendants. | Civil Action No. 3:16-cv-07305-PGS-DEA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND CONSENT ORDER**<br><br>*Document Filed Electronically* |

**IT IS HEREBY STIPULATED AND AGREED** that the above-captioned action, having been amicably adjusted by and among the parties, is dismissed with prejudice with all parties bearing their own legal fees and costs.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that, in accordance with Federal Rule of Civil Procedure 41(a)(2), this Court shall retain ancillary jurisdiction to enforce the payment terms of the parties' Settlement Agreement and General Release and the Promissory

Installment Note incorporated therein by reference. Such ancillary jurisdiction shall run until December 31, 2025.

| | |
|---|---|
| POST, POLAK, GOODSELL & STRAUCHLER, P.A.<br>Attorneys for Plaintiff | FLORIO PERRUCCI STEINHARDT & FADER, L.L.C.<br>Attorneys for Defendants |
| By: s/ Frederick B. Polak<br>    Frederick B. Polak, Esq. | By: s/ Pádraig P. Flanagan<br>    Pádraig P. Flanagan, Esq. |
| Date: March 22, 2018 | Date: March 22, 2018 |

**IT IS SO ORDERED:**

_____
Hon. Peter G. Sheridan, U.S.D.J.

Date:_____